United States District Court
Northern District of New York

| | | |
|---|---|---|
| GARY I. SHOEMAKER, JR., | ) | Case No. 1:22-cv-00061-BKS-ML |
|     *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | Stipulation – Document Filed Electronically |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
|     *Defendant*. | ) | |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Commissioner will give plaintiff the opportunity for a new administrative hearing. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Gary I. Shoemaker, Jr., |
| By Her Attorneys, | By His Attorney, |
| Carla B. Freedman, | |
| United States Attorney | |
| */s/ Christopher L. Potter* | */s/ Michael J. Telfer*[1] |
| Christopher L. Potter | Michael J. Telfer |
| Special Assistant U.S. Attorney | Legal Aid Society of Northeastern New York, Inc. |
| N.D.N.Y. Bar Roll No. 701008 | 95 Central Avenue |
| Social Security Administration | Albany, NY 12206 |
| Office of the General Counsel | (518) 533-5933 |
| J.F.K. Federal Building, Room 625 | mtelfer@lasnny.org |
| Boston, MA 02203 | Bar Roll # 517495 |
| (617) 565-1853 | |
| christopher.L.potter@ssa.gov | |

IT IS SO ORDERED:

Brenda K. Sannes
U.S. District Judge

Dated: May 5, 2022
Syracuse, NY

---

[1] Signed by Christopher L. Potter with Michael J. Telfer's permission.